UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
MALKA RAUL,

                Plaintiff,

v.

STERLING BANCORP, JACK KOPNISKY,
RICHARD O'TOOLE, JOHN P. CAHILL,
NAVY E. DJONOVIC, FERNANDO FERRER,
ROBERT GIAMBRONE, MONA
ABOELNAGA KANAAN, JAMES J. LANDY,
MAUREEN MITCHELL, RALPH F.
PALLESCHI, WILLIAM E. WHISTON, and
PATRICIA M. NAZEMETZ,

                Defendants.
--------------------------------------------------------------x



**ORDER**

21 CV 5560 (VB)

      On June 25, 2021, plaintiff commenced the instant action against defendants. (Doc. #1). To date, plaintiff has not requested an issuance of summons. In addition, there is no indication on the docket that defendants have been served, and defendants have not appeared in this case.

      Accordingly, pursuant to Fed. R. Civ. P. 4(m), this action will be dismissed without prejudice unless, on or before **October 8, 2021**, plaintiff either: (i) files to the ECF docket proof of service, indicating defendants were served on or before September 23, 2021; or (ii) shows good cause in writing for her failure to comply with Fed. R. Civ. P. 4(m).

Dated: October 1, 2021
       White Plains, NY

                                    SO ORDERED:

                                    Vincent L. Briccetti
                                    United States District Judge